UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAREN DEWAYNE LEE | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-439-SDJ |
| | § | |
| COLLIN COUNTY JAIL MEDICAL FACILITY | § § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2021, the Report of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Daren DeWayne Lee's claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. Lee acknowledged receipt of the Report, (Dkt. #19). Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Daren DeWayne Lee's claims are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 10th day of February, 2022.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE